[No. 6666-8-I. Division One. April 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE EDWARD ELEGAN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DENESTER ELAINE NORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84774, Liem E. Tuai, J., entered June 2, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Andersen and Dore, JJ.

[No. 6765-6-I. Division One. April 14, 1980.]

LONGVIEW FIBRE COMPANY, *Respondent,* v. LEONARD WEIMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 835283, Oluf Johnsen, J. Pro Tem., entered June 15, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Ringold, JJ.

[No. 6808-3-I. Division One. April 14, 1980.]

NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST, ET AL, *Appellants,* v. RAY G. MCBRIDE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 809979, Horton Smith, J., entered June 28, 1978. *Reversed* and *remanded* by unpublished opinion per Durham-Divelbiss, J., concurred in by James, A.C.J., and Swanson, J.